Lisa Dearden Trépanier (SBN 156302)
LisaT@trepaniertajima.com
Gregory E. Eisner (SBN 190135)
greg@trepaniertajima.com
Lisa M. Dale (SBN 194688)
lisa.dale@trepaniertajima.com
**TRÉPANIER TAJIMA LLP**
4605 Lankershim Blvd., Suite 540
North Hollywood, California 91602
Telephone: (323) 487-1101

Attorneys for Defendants
DOE 1 and DOE 2

**UNITED STATES DISTRICT COURT**

**_EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jane Roe AB 51, | Case No. 2:24-cv-3488-DJC-CSK |
| Plaintiff, | [Removed from Stanislaus County Superior Court, Case No. CV-24-006737] |
| vs. | |
| DOE 1, a corporation; DOE 2, a corporation; DOE 3, an entity of unknown form, and DOES 4 to 100, | **ORDER GRANTING DEFENDANT DOE 1'S REQUEST TO FILE EVIDENCE IDENTIFYING PLAINTIFF UNDER SEAL** |
| Inclusive, | |
| Defendants. | State Action Filed:   August 26, 2024 |

**ORDER**

This matter came before this Court on Defendant Doe 1's ("Church") Request to File Evidence Identifying Plaintiff Under Seal (the "Request"). The Court, being fully advised, having considered the Request, the joint stipulation between the parties, any response in opposition thereto, and any reply in support thereof, all supporting papers to the foregoing, the record, the arguments of counsel, and applicable authorities and evidence, finds there are compelling reasons to grant the Church's Request.

IT IS HEREBY ORDERED that:

1. The Church's Request is GRANTED.

2. An unredacted version of the Trépanier Sealing Decl. Exh. 1, including the Dawson Declaration and Exhibits A and B thereto, shall be filed under seal.

**IT IS SO ORDERED.**

Dated:  December 18, 2024         /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE