Lisa Dearden Trépanier (SBN 156302)
LisaT@trepaniertajima.com
Gregory E. Eisner (SBN 190135)
greg@trepaniertajima.com
Lisa M. Dale (SBN 194688)
lisa.dale@trepaniertajima.com
**TRÉPANIER TAJIMA LLP**
4605 Lankershim Blvd., Suite 540
North Hollywood, California 91602
Telephone: (323) 487-1101

Attorneys for Defendants The Church of Jesus Christ of Latter-day Saints and Temple Corporation of The Church of Jesus Christ of Latter-day Saints

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Roe AB 51,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a corporation; TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a corporation; MODESTO CALIFORNIA NORTH STAKE OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an entity of unknown form and DOE 4 to 100,<br><br>　　　Inclusive,<br><br>　　　Defendants. | Case No. 2:24-cv-03488-DJC-CSK<br><br>District Judge Daniel J. Calabretta<br>Magistrate Judge Chi Soo Kim<br><br>**STIPULATION AND ORDER TO ENTER DISMISSAL OF PLAINTIFF'S FIFTH CAUSE OF ACTION AND TO STRIKE ATTORNEYS' FEES WITH PREJUDICE** |

## STIPULATION

Plaintiff Jane Roe AB 51 and Defendants The Church of Jesus Christ of Latter-day Saints and Temple Corporation of The Church of Jesus Christ of Latter-day Saints ("Church Defendants" and together with Plaintiff, the "Parties") stipulate:

WHEREAS, Plaintiff commenced this action with the filing of a Complaint for Damages ("Complaint") on August 26, 2024, in the Superior Court of the State of California, County of Stanislaus, alleging claims for negligence, negligent supervision of a minor, sexual abuse of a minor, negligent hiring, supervision and retention, and breach of mandatory duty;

WHEREAS, on December 13, 2024, Defendant Doe 1 removed this case to the United States District Court for the Eastern District of California; and

WHEREAS, on November 22, 2024, the Parties reached an agreement that Plaintiff will (1) dismiss with prejudice the Complaint's Fifth Cause of Action for Breach of Mandatory Duty and (2) strike with prejudice the Complaint's attorneys' fees prayer (ECF No. 1-2 [Complaint, Prayer] ¶ 2).

THEREFORE, the Parties respectfully request that the Court (1) dismiss with prejudice the Complaint's Fifth Cause of Action for Breach of Mandatory Duty and (2) strike with prejudice the Complaint's prayer for attorneys' fees.

**SO STIPULATED.**

[Signatures appear on following page.]

1
2  Dated: March 7, 2025                          TRÉPANIER TAJIMA LLP
3
4                                                 /s/ Lisa Dearden Trépanier
   Lisa Dearden Trépanier
5  Gregory E. Eisner
   Attorneys for Defendants The Church of Jesus
6  Christ of Latter-day Saints and Temple
   Corporation of The Church of Jesus Christ of
7  Latter-day Saints
8
9
10 Dated: March 7, 2025
                                                  SLATER SLATER SCHULMAN LLP
11
12
13                                                 /s/ Sarah Kissel Meier (as authorized on
                                                  February 27, 2025)
14 Michael W. Carney
   Lauren A. Welling
15 Sarah Kissel Meier
   Attorneys for Plaintiff
16 Jane Roe AB 51
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based on the foregoing stipulation of the Parties, the Court ORDERS as follows:

1. The Complaint's Fifth Cause of Action for Breach of Mandatory Duty is dismissed with prejudice; and

2. The Complaint's prayer for attorney's fees is stricken with prejudice.

IT IS SO ORDERED.

Dated: March 10, 2025              /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE