Lauren A. Welling (SBN 291813)
Sarah Kissel Meier (SBN 305315)
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Boulevard, Suite 255
Beverly Hills, CA 90211
(310) 341-2086
Attorneys for Plaintiff

Lisa Dearden Trépanier (SBN 156302)
*LisaT@trepaniertajima.com*
Patrick Y. Yoo (SBN 302282)
*Patrick@trepaniertajima.com*
**TRÉPANIER TAJIMA LLP**
4605 Lankershim Blvd., Suite 540
Los Angeles, California 91602
Telephone: (323) 487-1101
Attorneys for Defendants
The Church of Jesus Christ of Latter-day Saints and Temple Corporation of The Church of Jesus Christ of Latter-day Saints

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jane Roe AB 51, | Case No. 2:24-cv-03488-DJC-CSK |
| Plaintiff, | District Judge Daniel J. Calabretta |
| vs. | Magistrate Judge Chi Soo Kim |
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a corporation; TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a corporation; MODESTO CALIFORNIA NORTH STAKE OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an entity of unknown form and DOE 4 to 100, Inclusive, Defendants. | **ORDER OF DISMISSAL** |

## ORDER OF DIMISSAL

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and all parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  July 29, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE